# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWONA HOWARD, <br><br> Plaintiffs, <br><br> v. <br><br> AM RETAIL GROUP, INC., et al., <br><br> Defendants. | **ORDER REASSIGNING THE ACTION** <br><br> Former Case No.: 1:17-cv-01751- LJO - JLT <br><br> **New Case No.: 1:17-cv-001751-JLT** |

In the Joint Scheduling Report filed on December 15, 2017, all parties indicate they consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. 6 at 8)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. All further papers filed in this action shall bear the new case number: **1:17-cv-01751-JLT**.

IT IS SO ORDERED.

Dated: __March 27, 2018__        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1