# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWONA HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>AM RETAIL GROUP, INC., et al.,<br><br>Defendants. | Case No.: 1:17-CV-01751- JLT<br><br>ORDER GRANTING STIPULATION TO FILE A SECOND AMENDED COMPLAINT<br>(Doc. 5) |

The parties have stipulated to allow the plaintiff to file a second amended complaint. (Doc. 5) Thus, the Court **ORDERS:**

1. The stipulation for the plaintiff to file the second amended complaint (Doc. 5) is **GRANTED**. Plaintiff **SHALL** file her second amended complaint within two court days;

2. The action is **DISMISSED** as to Robin Moss;

3. The answer filed by the remaining defendant before the action was removed to this Court is deemed responsive to the second amended complaint and no further response is required.


IT IS SO ORDERED.

Dated: __**April 26, 2018**__      __**/s/ Jennifer L. Thurston**__
                                                                         UNITED STATES MAGISTRATE JUDGE